E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights



# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |
|---|---|
| **MR DEREK WILKS #627334** | Case No. *18-4087* |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| **City of PHiladelphia, Pa Et.Al** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    MR. DEREK WILKS

All other names by which
you have been known:

ID Number    #627334

Current Institution    PICC COUNTY JAIL

Address    8301 STATE RD

PHIla        PA.        19136
_City_        _State_        _Zip Code_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    City of PhilaDelphia, PA. ET.AL

Job or Title *(if known)*

Shield Number

Employer

Address

PHila        PA        19102
_City_        _State_        _Zip Code_

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name    PHila. Dept. of Prisons

Job or Title *(if known)*

Shield Number

Employer

Address

PHiLA.        PA.        19136
_City_        _State_        _Zip Code_

☑ Individual capacity    ☑ Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3
   Name                          *Phila. Industial Correction Center*
   Job or Title *(if known)*          *P.I.C.C.*
   Shield Number
   Employer
   Address                       *8301    STATE   RD.*
                                 *Phila.          PA.       19136*
                                 City            State        Zip Code
                                 ☑ Individual capacity   ☑ Official capacity

Defendant No. 4
   Name                          *Phila. Industial Correction Center*
   Job or Title *(if known)*          *PICC, AND ITS STAFF, JANE DOES*
   Shield Number                 *JOHN DOES*
   Employer
   Address                       *8301    STATE   RD*
                                 *Phila.          PA.       19136*
                                 City            State        Zip Code
                                 ☑ Individual capacity   ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   *Amendment I + XIV + VIII.*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

N|A

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☑   Pretrial detainee
- ☐   Civilly committed detainee
- ☐   Immigration detainee
- ☑   Convicted and sentenced state prisoner
- ☐   Convicted and sentenced federal prisoner
- ☐   Other *(explain)*   PAROLEE, STATE DETAINER

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*See Attachments #1 (ONE)*

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

"         "

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

C.    What date and approximate time did the events giving rise to your claim(s) occur?

See " Attachments " # 1 (ONE)

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On going Constitution Rights Violations Amendments I (one), 8 VIII, and 14th XIV, . These violations is a everyday occrance here at P.I.C.C

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Anguish + Lost of liberties

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff request that Court correct these Constitutional violations also request $20.000, Dollars for Mental anguish all court fees paid by Defendants, anything the Court deem just.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

PICC County Jail, 8301 STATE Rd, Phila Pa 19136

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

(Both) See Exhibits ( Grievances filed)

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

P.I.C.C, County Jail
8301. State Rd.
Phila, Pa. 19136

2.    What did you claim in your grievance?

See Grievance Attachments

3.    What was the result, if any?

No Reply

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

Attachment
#1 (one)

Plaintiff asserts that the City of Phila, Pa., Phila Dept of Prisons and its staff violates the <u>U.S. Contitutions Amendment I</u> by not allowing myself/inmates to practise or worship there religion(s), by not allowing Plaintiff to partisapte in Church Service.

1- Plaintiff entered the Phila. Dept of Prisons on 26 May 2018.

2- Plaintiff was in quarentine for about the first (2) two weeks of incarceration. (No Movement anywhere)

3- On or about 10 June 2018, Plaintiff was transfered from C.F.C.F, County Jail to P.I.C.C County Jail.

4- Plaintiff asserts that P.I.C.C., operates each and almost all the time under-staffed and because of this wonten attitude they are violating Plaintiff/inmates Contitutional Rights.

1

5- Plaintiff states that everyday we are held in our cells for one reason or another such as Shakedowns, understaffed, Meeting, training etc. These are reasons they use to deny us our liberties an Church Services.

6- Plaintiff filed a number of Grievences pertaining this/these issues with (No Reply) See Exhibits. Also see Exhibits (Graph) times in times out.

7- Plaintiff states that when Church Services are called over the P.A. System each staff member, does it in a different way, for example they will call (Church Service Max side only) so this will mean that I won't get a chance to worship this week, because I'm on the Medium Side an (Vice Verse)

8- Other times they will say on PA Church Services first (5) five on Black or Unit gets to go. We are locked/

2

confined in cell so much that I never can go to service, because I am in C-Unit, Cell 43 and when the Corrections officers starts to let out for the services (5) only, if he/she starts at Bottom tier 1 to 25 cell, top tier 26 to 50, (Plaintiff is on top tier) on Plaintiffs tier if Correction officers if starts at 26 by time they get to 31 its already 5 people, if start at 50 by the time they get to 46 it 5 people (Note it 2 people/inmates per cell) Plaintiff asserts that its always the same results no matter what Corrections Officers is working

Wherefore,
Plaintiff asserts that this is a everyday deliberate act of denying my Rights to Religion.

Conclusion,
Plaintiff spoke with/Grevence, did all in his power to try to resolve this matter, No Results

2

as of this complaint, this is still an on going issue/ violation of my Constitutional Rights. Plaintiff respect that the Court will right this wrong. In short we have not only the freedom to worship, but the right to excercise our faith. The constitution protections don't end at the prison/County Jail nor can our freedoms be confined to our cells.

Plaintiff asserts that City of Phila., Phila Dept. of Prisons and its staff are violating Plaintiff/inmates U.S Constitutional Amendment VIII, by subjecting Plaintiff to over 24 hours of confinement without excersice or liberties that are aloud in Prisons/County Jails in the United States of America and protected by the U.S Constitution. U.S Constitutional Amendment XIV

1- Plaintiff states thats he's in General population and should be affored the same rights + privledges as any other inmates house at P.I.C.C.

4

2- Plaintiff is housed on C-Unit, Cell 43, this Unit also is shared with Protective Custody inmates because of this we must share Recreation times out, general Population + Protective Custody inmates can have NO contact together. Example we suppose to come out 4-times a day G.P. 730am to 945am, 1200pm to 2:45pm, 3:30pm to 5:45pm and 7:30pm to 1045pm, but because of sharing Unit with P.C. inmates our time is Cut in half 50/50

3- General Population + Protective Custody inmates should not share the same housing unit for Security + Safety Reasons When we are out they are confined to there cells,(Vice Verse), but more often we cross paths.(for example we are out for Recreation an one of them comes back from a pass. they c/o's don't lock us in, they make us step aside.

4- Plaintiff asserts that on a number of occasions spent over 24 hours, up to 36 hours in confinement without excersice.

5

5- Plaintiff asserts that everytime they anounce on the P.A. System that the jail is open for activities with the proper amount of staff + or coverage. They use this tactic to keep inmates Confined to there cells

6- Plaintiff asserts that P.I.C.C.s on going practice is to rotate/Move C/Os from one place/Unit/Block to another each and everyday to cover, You need 2 gaurds to open up a unit; so if <u>Example</u>, C-Unit has 2 gaurds for today from 730 AM to 10:00 AM after this time they will shift the gaurd to another unit so at 12 to 2:45 pm B-Unit can come out and so on. Because we share times 50/50 with P.C.s we are confined for over the alloted hours by law. over 24 hours up to 36 hours, to many times to Count, in a Non Emergency situation.

7- Plaintiff was assaulted (spit on) by a P.C. inmate which should have never happen if the C/Os were following the policies correctly. Plaintiff

should <u>NEVER</u> have any contact with P.C. inmates this incident happen when I came back from a pass at there alloted Recreation times, instead of the C/O<sup>S</sup> locking them in they move them to the side 3 feet away one of them in the Crowd hocked spit in my hair + face.

8- Plaintiff asserts that when either is out for Recreation G.P. or P.C., if someone from either or has a pass or must travel about the intitution we must stop what we are doing lock back up until this inmate is secure in his cell. This is policy per intitution if this would have been followed Plaintiff would never have been assaulted (Spit on).

Wherefore,

Plaintiff asserts that the Phila. Dept. of Prisons, has a on going practice of calling Restrictive Movement, False Shakedowns, or anything else deemed to hinder Plaintiff/inmates from Recreation, Activities,

7

Phone calls etc. Law states that Protective Custody inmates are required 2 hours out per day for Recreation and or activities, because of this practice & mentally of the Staff they are in violation of Plaintiff's / inmates Constitutional Rights.

Conclusion,
        Plaintiff hope & pray that this Honorable Court will right this ongoing wrong and Practice City of Phila, Phila. Dept. of Prisons P.I.C.C. County Jail and its Staff.

Respectfully Submitted,
Mr. Derek Wilks

8

Exhibits

Guevance's filed

by

Plaintiff

# PHILADELPHIA DEPARTMENT OF PRISONS
## INMATE GRIEVANCE FORM

| ☐ ASD | ☐ CFCF | ☐ DC | ☐ HOC | ☑ PICC | ☐ RCF |

NAME: DEREK WILKS HOUSING UNIT: C-43

PID: 677334 INTAKE NUMBER:

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
### (Include date and time of incident)

Aug 21, 2018 about 9:30 am, While coming for Medication this have than P.C. Protective Custody Shaking the same Unit C-Block as I do. While returning to my cell a P.C. inmate Hocked Spit in my face and chest. This would have never happen if we were not sharing C Unit. P.C. and General Population should not be on same block and sharing time out for Recreation together somebody is going to get hurt one day and I hope its not Myself

This issue needs to be address

### Action Requested by Inmate:

Segregate Housing Unit, one for P.C. and one for General Population Not Sharing the same living area

See Continuation of Grievance – Page 2   YES ☐   No ☐

Describe how and when you tried to resolve this Grievance informally.

Date that you are depositing this Grievance in a grievance box: Aug 21, 2018

Signature of Grievant: Mr Derek Wilks     Date: 21 Aug 2018

86-570 (Rev. 6/16) 1. Deputy Warden for Administration  2. Warden  3. Inmate's Receipt of Filing

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

☐ ASD    ☐ CFCF    ☐ DC    ☐ HOC    ☑ PICC    ☐ RCF

NAME: MR. DEREK WILKS                    HOUSING UNIT: C-43

PID: 627334                              INTAKE NUMBER:

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
### (Include date and time of incident)

To Many to Account for (Time & Date) I transfer to Picc sometime in June 2018. Since being here I have been denied Religion Services on a number of occasions, to many to Count. This violates my US Constitutional Right of Religion Everytime Church is Call its the Medium or Maximum side only or it the first 5 inmates only a lot of time they don't let us out because they say it a SHAKE DOWN of the Jail. Most of the time they Use shakedown to not let us out for our Recreation or Church Services. When they let out or Call Church Services, they start at 1-Cell or 26-Cell and will only let the first 5 people go. I am in 43 Cell and Never GO to my Cell people go past because we are lock in so much they want tgo out. Being and inmate I should not have to, fight, bang on door, to go to Church. let my (1 first) admadment Right

### Action Requested by Inmate:

Request that it get Broken in half (Church Services) so we all can go to Services and ben able to pratice my/our Religion

See Continuation of Grievance – Page 2    YES ☑    No ☐

Describe how and when you tried to resolve this Grievance informally.

Date that you are depositing this Grievance in a grievance box: Aug 8, 2018

Signature of Grievant: Mr Derek Wilks    Date: 8 Aug 2018

86-570 (Rev. 6/16) 1. Deputy Warden for Administration  2. Warden    3. Inmate's Receipt of Filing

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

☐ ASD ☐ CFCF ☐ DC ☐ HOC ☑ PICC ☐ RCF

NAME: _____ HOUSING UNIT: _____

PID: _____ INTAKE NUMBER: _____

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
### (Include date and time of incident)

Respectfully Request that C-Block to Come out Everyday at 12:00 pm because of the F.C. situation. In the Morning they have a lot of Pass, medical etc and it takes from our Recreation + Phone time

### Action Requested by Inmate:

See: Continuation of Grievance – Page 2   YES ☐   No ☐

Describe how and when you tried to resolve this Grievance informally.

Date that you are depositing this Grievance in a grievance box: 3 July 2018

Signature of Grievant: _____   Date: 3 July 2018

86-570 (Rev. 6/16) 1. Deputy Warden for Administration   2. Warden      3. Inmate's Receipt of Filing

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

| ☐ ASD | ☐ CFCF | ☐ DC | ☐ HOC | ☑ PICC | ☐ RCF |

NAME: DEREK WILKS          HOUSING UNIT: C-43

PID: 627334               INTAKE NUMBER:

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
### (Include date and time of incident)

I transfered from CFCF to here PICC on C-Unit since being here I have been denied Recreation, because of Shake down which I think a false because they occur 5 times or so a week. There have been times Where I have Confined to My Cell over 36 hours with No Shower or out for Recreation. which is against my Constitutional Rights

The Law states that if You are in Disipline Status, 1 hour out per day for excessed Administrative Clostody 2 Hours out per day.

I am in Neither I'm in General Population

This County Jail has 11 Unit C Unit being share with General Population so are and there Time is 50/50 No other penal System Shares Protective Custody + General Population together this is a serious Security Breed Breech

### Action Requested by Inmate:

See: Continuation of Grievance -- Page 2    YES ☐    No ☐

Describe how and when you tried to resolve this Grievance informally.

Date that you are depositing this Grievance in a grievance box: July 19 2018

Signature of Grievant: _____    Date: July 20 2018

86-570 (Rev. 6/16) 1. Deputy Warden for Administration   2. Warden        3. Inmate's Receipt of Filing

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

☐ ASD  ☐ CFCF  ☐ DC  ☐ HOC  ☑ PICC  ☐ RCF

NAME: MR DEREK Wilks          HOUSING UNIT: C-43

PID: 0627334          INTAKE NUMBER:

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
### (Include date and time of incident)

I am filing this Grievance because I am being denied Religion Rights and Recreation many time thru out the Course of the week. We/I only get out 50% of the times able to do because we share times with Protective Custody inmates (housed on Same Unit C). All other General Population inmates Comes out 4 times a day, we don't because of sharing block (2 times out for them 2 out for us) Not Fair and when Church is Call alot of times we are locked in cells and C/O won't open doors or just let out 5 or so inmates and stops. I Never get to go at all because of my Cell docation

### Action Requested by Inmate:

Come up with a better solution about Church & Recreation for this unit "C-Unit" Because of Sharing time

See: Continuation of Grievance – Page 2   YES ☐   No ☐

Describe how and when you tried to resolve this Grievance informally.

Date that you are depositing this Grievance in a grievance box: July 5, 2018

Signature of Grievant: Mr Derek Wilks          Date: July 5, 2018

86-570 (Rev. 6/16) 1. Deputy Warden for Administration  2. Warden  3. Inmate's Receipt of Filing

# REQUEST TO STAFF

**All inmates fill in this section and deposit in Social Service box**

| NAME (last)          (first) | DATE |
|---|---|
| Wilk          Derek | 28 June 2018 |
| NUMBER (PID #)          0627834 | LIVING QUARTERS          C-13 |
| WORK ASSIGNMENT (if any) AND HOURS          Kitchen | ADMISSION DATE          26 May 2018          do not write in this space |

**Check the help or information you need:**

☐    **What is my next court date(s)?**

☐    **I want to apply for (circle one):**

a job                    a program                    school

☐ **I want to meet with my Social Worker to talk about** _about not coming out_
_a state prison time_

☐ **I want to see the Notary**

☐ **EMERGENCY** (check this box and circle one choice below only if the matter is a genuine emergency)

- a matter of life or death, or serious bodily injury to any person
- serious disruption in the facility
- serious health hazard to any person
- immediate action needed re: custody or welfare of my children
- I have been cleared legally for discharge. (No more cases are holding me.)

☐ **Other matters, or more detail on above** _also Church Service why they_
_only 1/2 of time_

_My Derek Wilk_

**Signature of Inmate**
(do not write below this line)

Date request answered:          by interview          on housing area          correspondence          other

Answer to request of:

| NAME | |
|---|---|
| NUMBER (PID #) | |
| HOUSING AREA | |

Signature of Social Worker

86-7(Revised 5/99)          1-file          2-tracking copy          3-extra

Exhibits

Time in time out

Graphs

| | | | |
|---|---|---|---|
| 730am to 1000am open up at 730am PC's out at 800 in at 1000 AM PC - REC | 1215pm to 245pm town meeting during REC in at 235pm | 345pm to 345pm on time out was 330pm PC's out at 4:00pm for REC. almost hour dates went in 510pm | 730pm to 1045 GP out at 745 REC Canceled went in 1025pm |
| PC out REC at 810 AM 1000AM | GP. out Rec 12:15 to 240pm | PC REC open jail at 345 came out at 415 REC open at 425 | out at 745 in at 1040 pm REC |
| open at Jail 730 to 1030AM Pc 815 out | PC Rec 12:15pm to 245pm | 330pm to 540pm (REC) 19HR in | NO REC TONITE SHAKEDOWN 730 to 1045 P.C or G.P |
| PC REC 800 to 1000AM commin and PC HAIRCUTS | GP REC 1215 to 230pm | PC Rec 315pm to 540pm RAN ACU CHECK DURING TIME OUT | Jail opened at 745pm Not allow Church may GP out at 845pm MADE TO GO IN EARLY US ONLY 10:25 pm |
| GP REC 800 to 1000 PC intervals 3 diff. times had to lock in | PC REC 1230 to 245pm | GP REC Jail open at 330pm 530pm Came out at 410pm | Burned for LAW LIBRARY GP 6to9 pm PC out at 745pm in at 1035pm GP WILL BE IN 19 Hrs |
| PC out Morning 730 to 1000 AM | GP out from 1230 to 230 pm REC | PC REC TIME Jail open 330 pm went out 415 to 535 | GP 750p to 1030pm REC |
| Jail open at 730 out 810 to 955pm REC | Jail open at 1200pm PC out at 1230 pm for REC (FIGHT) in at 155pm | open Jail at 335pm out at went in at 540pm REC | PC RESTRICT in MOVEMENT (fight) TOP 1HR Bottom 1 1HR over 10:50 |

SEPT. 10, 2018 to SEPT. 16, 2018

| | | | |
|---|---|---|---|
| Switched DAYS WE WERE NOT to come out in morning GP out 800 to 1000 LABOR DAY | PC out 1230 to 245pm | Jail Closed under staffed locked in the NOT RECREATION | G.P. Rec 745pm to 1045pm |
| opened Jail at 725AM PC out for Rec. at 800AM | LOCK IN JAIL GP 12:45pm to NO REC) again SHIFT CHANGED 300pm | Let GP out put us back in at 400 to let out PC 40's they were all until 5:40pm | GP Recreation 810 to 1040 |
| GP Rec. 730 to 1000AM | PC out 1210pm REC 240pm | GP Jail open 330 pm (out 350pm) REC went in at 540pm | PC REC. opens Jail at 725 let then out at 845 Stayed out til 1035pm |
| PC REC. open Jail at 725 let out at 800AM over 10.00AM | Jail open 1200pm out at 115pm went in at 240pm REC GP | NO MOVEMENT AGAIN LOCK IN NO REASON NOBODY CAME OUT GP or PC | JAIL OPENED 730pm PC out Church could not go locked in GP out at 850pm In at 1040pm |
| GP REC 800 to 1000AM | Restrictive MOVEMENT PC 1230pm to 245pm GP let in JUMAH FIRST FLOOR MAX SIDE ONLY 1:15pm to 2:20pm | GP open 330pm REC until 540pm Not out to use PC | Jail open at 730pm GP locked in until tomorrow at 1200pm PCS out at 745pm |
| open Jail at 730AM PC out at 830AM 1000 AM | GP REC 1215 to 240pm | PC LET out at 400 guard MASED number of 419pm they went in at 424pm | G.P. out at 730pm in at 1040pm |
| GP out at 800pm in at 1000 AM REC | PC. REC 1215 to 245pm GP Could not go to Church locked in GP (first 5) | GP out at 345 to 540pm Rec. No Church Serv | PC Jail open 730 out at 845 |

SEPT 3RD to SEPT 9th 2018

| | | | |
|---|---|---|---|
| **MON** PC REC 730 to 10 AM Complete | GP Recreation 1215 to 240 Complete | PC REC Complete | open Jail 730 pm Came out a 800 pm meal 1035 pm |
| **TUES** PC out morning 730 to 915 am | 1220 open meal at 545 pm | Open up 315 WENT OUT At 445 REC | PC out 800 Church called 904 pm Guard closed mail let out Cms Diary Call Off Denied Service |
| **WED** SHAKEDOWN C Blk over At 1030 AM NO REC or GP | open Jail 1215 We GP went out for Rec at 1245 but came in at 145 | open Jail a 330pm Nobody Came out for REC (NO REASON) | Blk open 730 PC's OUT 745 to 845 900 to 1040 GP |
| **THURS** PC out 755 Am Commissary day & REC 1000 AM | GP out came in at 200 PM MOVE MENT (AGAIN) | PC came out for REC. 345 | GP out for Rec at 740 pm to 1040 pm |
| **FRI** GP out 800 to 1000 AM REC | PC out for Rec at 1200 pm 245 pm NO JUMA FOR muslims | Open Jail at 320 pm Did not come out until 415 pm for Rec G.P. WILL BE COMING FOR 1900 Cout? | open Jail at 730 PC Came out at 745 pm 1015 in |
| **SAT** 730 open Jail PC meal over 800 to REC over at 1000 pm | GP Recreation 1215 Time in 245 pm | Open Jail at 330 pm for PC Over at 545 pm church? REC of change? | open up Jail Evening activities 730 pm to 1040 No Church Services |
| **SUN** No Recreation at yes PM No GP Did not let out FOR CHURCH | Restrictive Move PC 1215 to 115 pm GP REC 130 to 240 pm | JAIL CLOSED RESTRICTED MOVEMENT 350 pm Nobody get out for Movement | Restrictive Move 5 Cell at time ½ hour a piece Time out 44Cell to 26 Cell Did not get out for Restrictive Move |

AUG 27 to Sept 2. 2018

C BLOCK — AUG 20 to 26 — EVEN

| | MORE 8 to 10 | AFTERNOON 12 + 230 | 400 to 545 | 730 to 1045 |
|---|---|---|---|---|
| **MON** | P.C. RECK | G P RECK | G P PC RECK | LOCK IN SHAKE DOWN |
| **TUE** | PC | GP RECK | PC | GP 800 1045 |
| **WED** | open Jail 730am GP 800 am 945 AM | LOCK IN PC + GP NO REASON | GP OPEN JAIL AT 330pm Let us out at 4:10pm NO EXCUSS FOR DELAY | PC OPEN JAIL 730 out 730pm IN 1030pm |
| **THRUS** | PC COMMISSARY DAY 730 out JAIL open CAME IN 8:10 1030pm | GP OPEN UP 1205pm Let out at 1:35 pm WENT BACK IN 45 min EARLIER 2:00pm | PC) Did not come out at there appointed time NO REASON/UNSTAFFED | GP out a 730pm in a 45 min early no Reason |
| **FRI** | GP suppose to Come OUT SHAKEDOWN AGAIN NO REC or ANYTHING 730 to 1000 AM PC | GP REC 1215 to 240pm YARD + DAYROOM | OPEN UP 330 JAIL WENT IN 440pm Restrictive move NO Activities | OUT FOR 1 HOUR 840 IN PC OUT FROM 840 to 10.00 |
| **SAT** | open up Jail at 800 am WE DID NOT COME out Hopefully CAME out for REC | PC 1215 1:30 GP 1:30 2:45 REC | PC OUT REC 345 pm + 545 pm | REST B. MON SCELL AT TIME 730 |
| **SUN** | open at 7:55 G.I only NO REC or Activities PC or GP | Restrictive MOVEMENT AGAIN GP out 1215 to 130 P.C. 130 to 245 FIRST TIME OUT TODAY | GP out until 540 gerald stayed overtime I/me would not came | HB 4/2 lb open at 755 over |

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

*N/A*

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*N/A*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*See Exhibits Grievance filed by Plaintiff (attached)*

*(Note: You may attach as exhibit to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
     action?

     ☐ Yes

     ☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is
     more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.   Parties to the previous lawsuit
          Plaintiff(s) _____
          Defendant(s) _____ N/A _____

     2.   Court *(if federal court, name the district; if state court, name the county and State)*

          _____

     3.   Docket or index number
          _____ N/A _____

     4.   Name of Judge assigned to your case
          _____ N/A _____

     5.   Approximate date of filing lawsuit
          _____ N/A _____

     6.   Is the case still pending?

          ☐ Yes

          ☐ No

          If no, give the approximate date of disposition. _____

     7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered
          in your favor?  Was the case appealed?)*

          _____ N/A _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
     imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

☑ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)    MR DEREK Wilks   ETal CLASS ACTION
    Defendant(s)   City of Phila , Crozien MEDICAL SERVICES

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    US District Couret (EASTREN )

3.  Docket or index number    11 – 3330  /  10 – 7396

4.  Name of Judge assigned to your case    SEE DOCKET ENTRY

5.  Approximate date of filing lawsuit    SEE DOCKET ENTRY

6.  Is the case still pending?

    ☐ Yes

    ☑ No

    If no, give the approximate date of disposition    Year 2013 or 2014

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    Judgment entered in my favor (Both)

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    31 Aug 2018

Signature of Plaintiff

Printed Name of Plaintiff    MR DEREK WILKS

Prison Identification #    # 627334

Prison Address    8301 STATE ROAD

Phila.    PA.    19136

|  City  |  State  |  Zip Code  |

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  City  |  State  |  Zip Code  |

Telephone Number

E-mail Address

# REQUEST TO STAFF

**All inmates fill in this section and deposit in Social Service box**

| NAME (last)          (first) | DATE | |
|---|---|---|
| NUMBER (PID #) | LIVING QUARTERS | |
| WORK ASSIGNMENT (if any) AND HOURS | ADMISSION DATE | do not write in this space |

**Check the help or information you need:**

☐ **What is my next court date(s)?**

☐ **I want to apply for (circle one):**

        **a job**        **a program**        **school**

☑ **I want to meet with my Social Worker to talk about** *getting a Print out for Moneys sent to me for last 8 months for ( US 1983 form ) (forma pauperas)*

☐ **I want to see the Notary**

☐ **EMERGENCY** (check this box and circle one choice below only if the matter is a genuine emergency)

- **a matter of life or death, or serious bodily injury to any person**
- **serious disruption in the facility**
- **serious health hazard to any person**
- **immediate action needed re: custody or welfare of my children**
- **I have been cleared legally for discharge.  (No more cases are holding me.)**

☐ **Other matters, or more detail on above** *Cant file without this Need this info ASAP*

**Signature of Inmate**
**(do not write below this line)**

Date request answered:        **by interview**       **on housing area**       **correspondence**     **other**

Answer to request of:

| NAME | |
|---|---|
| NUMBER (PID #) | |
| HOUSING AREA | |

**Signature of Social Worker**

CDJ

Mailing address                                    17 Sept 2018

    Mr. Derek Wilks                          CA 18-4087
     # 627334
    8301 State Rd.
    Phila. Pa. 19136

RECEIVED
SEP 21 2018

To Said Hon: Judge,
        I am send in this 1983
Civil Rights action, pertaining to my Constitutional
Rights being violated as of this letter still
on going issues. In my Complaint I tried
to document / keep track of all violation to the
best of my abilities. This county Jail makes it
hard / violates our Amendments 1, 14, 6, of the
Us Constitution. As of this letter we/ I plaintiff
has been Confine to his cell since, 16 Sept 2018
at 5:30 pm we came out of our Cell on, 18 Sept 2018
at 12:15 pm (total 46 HOURS), these are on going
issues, Denying Church Services, and Confinements (unlawful)
I hope that I can get the courts to right this
wrong

                  Respectfully

                  Mr. Derek Wilks

Note: Can You please send me a Copie of
1983 I am filing back, we are confine to our cell
and can't hardly get to low library (Thanks)
This is ONLY COPY I HAVE