IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEREK WILKS,<br>    *Plaintiff*,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br>    *Defendants*. | CIVIL ACTION<br>NO. 18-4087 |

## ORDER

**AND NOW**, this 6th day of September, 2019, upon consideration of *Pro Se* Plaintiff Derek Wilk's Amended Complaint (ECF No. 12) and Defendant the City of Philadelphia's Motion to Dismiss (ECF No. 18), it is hereby **ORDERED** as follows:

1. Defendant the City of Philadelphia's Motion to Dismiss is **GRANTED**. The Amended Complaint is **DISMISSED WITH PREJUDICE**.[1]

2. The Clerk of Court shall **CLOSE** this case for statistical and all other purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.

---

[1] By Order dated June 26, 2019, the Court deemed the Amended Complaint filed in accordance with it's Order dated December 26, 2018. (ECF No. 15). In the December 26th Order, the Court struck the Amended Complaint, docketed as ECF No. 12, without prejudice to Plaintiff filing a Motion for Leave to File an Amended Complaint. Plaintiff filed such a motion, *see* ECF No. 17, and upon doing so the previously stricken Amended Complaint docketed as ECF No. 12 was deemed filed. Plaintiff's Motion for Leave to file an Amended Complaint (ECF No. 17) was thus granted in this Court's June 26th Order, the Amended Complaint deemed filed, and certain parties dismissed from this action with prejudice as set forth in the June 26th Order.